**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Aaron Devon Green, Appellant.

Appellate Case No. 2014-000830

———————————

Appeal From Dorchester County
Maité Murphy, Circuit Court Judge

———————————

Unpublished Opinion No. 2015-UP-227
Submitted March 1, 2015 – Filed May 6, 2015

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia; and Assistant Attorney General John Benjamin Aplin, of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.